# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RENARD T. POLK, | ) | |
| Petitioner, | ) | 3:17-cv-000248-HDM-VPC |
| vs. | ) | **ORDER** |
| NEVADA DEPARMENT OF CORRECTIONS, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner, a Nevada prisoner, has filed a document styled as an "Application to Enforce an Order," with which he asks this court to enforce what he claims is state court order directing his release from prison. ECF No. 1-1. Petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rules LSR1-1, 1-2.

Moreover, petitioner sets forth no discernible factual allegations cognizable in federal court as grounds for relief. The state court order he cites as grounds for his release is merely an order directing the State of Nevada to respond to a habeas petition filed in the District Court for Clark County, Nevada. ECF No. 1-1, p. 5. Petitioner's submission is groundless and frivolous. The present action, therefore, will be dismissed. Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that this action is DISMISSED as improperly commenced and frivolous.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

Dated this 1st day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE