# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

RENARD T. POLK,

     Plaintiff,

v.

NEVADA CORRECTIONS
DEPARTMENT, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:17-cv-00248-HDM-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED as improperly commenced and frivolous.
    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

June 1, 2017                                                                 **DEBRA K. KEMPI**
                                                                              Clerk

                                                                            /s/ K. Rusin
                                                                            Deputy Clerk