UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RENARD T. POLK, | ) | |
|         Petitioner, | ) | 3:17-cv-000248-HDM-VPC |
| vs. | ) | **ORDER** |
| NEVADA DEPARMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
|         Respondents. | ) | |

_____/

On June 1, 2017, the court entered an order and judgment dismissing petitioner Polk's petition for writ of habeas corpus as improperly commenced and frivolous. ECF Nos. 3/4. The United States Court of Appeals for the Ninth Circuit subsequently denied petitioner's request for a certificate of appealability. ECF No. 8.

On October 4, 2017, petitioner filed a "motion to alter, amend, modify and for relief from judgment." ECF No. 9. Petitioner's motion fails to state a sufficient reason of this court to grant relief and is, therefore, denied.

IT IS SO ORDERED**.**

Dated this 23rd day of April, 2018.

Howard D McKibben

_____
UNITED STATES DISTRICT JUDGE